FILED
2018 Jul-16 AM 10:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **JENNIFER VAN HOOZER,** )<br>)<br>**Claimant,** )<br>)<br>vs. )<br>)<br>**NANCY A. BERRYHILL, Acting** )<br>**Commissioner, Social Security** )<br>**Administration,** )<br>)<br>**Defendant.** ) | Civil Action No. 5:17-cv-1306-CLS |

**MEMORANDUM OPINION AND ORDER**

The magistrate judge filed a report on June 15, 2018, recommending that this court should affirm the decision of the Commissioner of the Social Security Administration to deny claimant's claim for supplemental security income benefits.[1] Claimant filed objections to the report and recommendation,[2] and the Commissioner filed a reply to claimant's objections.[3]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court concludes that the Commissioner's decision was supported by substantial evidence and in accordance with applicable legal standards. Accordingly, claimant's objections are

---

[1] Doc. no. 15 (Report and Recommendation).
[2] Doc. no. 16.
[3] Doc. no. 18.

**OVERRULED.** The magistrate judge's report is hereby **ADOPTED**, and the recommendation is **ACCEPTED**. The decision of the Commissioner is **AFFIRMED**. Costs are taxed against claimant. The Clerk is directed to close this file.

DONE this 16th day of July, 2018.

_____
United States District Judge